UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br><br>ROBERT C. MICHAEL,<br><br><br>Debtor(s) | BK No.: 10-43640<br><br>Chapter: 7<br><br>Honorable A. Benjamin Goldgar |

## ORDER DIRECTING DEBTOR TO FILE FINAL REPORT AND SCHEDULE OF POSTPETITION DEBTS

This cause coming on to be heard upon the oral Motion of Joseph E. Cohen, Trustee herein, by and through his Attorney, Joseph E. Cohen of COHEN & KROL, due notice having been given to all parties in interest and the Court being fully advised in the premises, NOW THEREFORE:

IT IS HEREBY ORDERED:

That the Debtor is directed to file a schedule of unpaid debts incurred after the filing of the petition and before conversion of this case and a final report and account by July 10, 2013 pursuant to Rule 1019(5)(a) of the Rules of Bankruptcy Procedure.

Enter:

Dated: 24 JUN 2013

United States Bankruptcy Judge

**Prepared by:**
Joseph E. Cohen
COHEN & KROL
105 W. Madison Street
Suite 1100
Chicago, IL 60602
(312) 368-0300

Rev: 20120209_bko