# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### CHICAGO **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL, ROBERT C | § | Case No. 10-43640 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 11 of the United States Bankruptcy Code was filed on 11/14/2012 . The case was converted to one under Chapter 7 on 01/16/2013 . The undersigned trustee was appointed on 01/16/2013 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of      $      245,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 43,762.82 |
| Bank service fees | 938.66 |
| Other payments to creditors | 183,242.88 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 17,055.64 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  07/10/2014  and the deadline for filing governmental claims was  07/10/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 15,500.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 9,573.17  as interim compensation and now requests a sum of $ 5,926.83 , for a total compensation of $ 15,500.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 02/26/2018                    By:/s/JOSEPH E. COHEN _____
                                               Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 10-43640   ABG   Judge: A. BENJAMIN GOLDGAR |
|---|---|
| Case Name: | MICHAEL, ROBERT C |
| For Period Ending: | 02/26/18 |

| Trustee Name: | JOSEPH E. COHEN |
|---|---|
| Date Filed (f) or Converted (c): | 01/16/13 (c) |
| 341(a) Meeting Date: | 03/27/13 |
| Claims Bar Date: | 07/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on hand | 400.00 | 0.00 | | 0.00 | FA |
| Cash on hand | | | | | |
| 2. Republic Bank Checking Account | 19.00 | 0.00 | | 0.00 | FA |
| Republic Bank Checking Account | | | | | |
| 3. Household furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| Household furnishings | | | | | |
| 4. Ordinary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| Ordinary wearing apparel | | | | | |
| 5. Colt Trooper handgun | 200.00 | 0.00 | | 0.00 | FA |
| Colt Trooper handgun | | | | | |
| 6. FAA life insurance term policy, George Michael is | 0.00 | 0.00 | | 0.00 | FA |
| FAA life insurance term policy, George Michael is beneficiary | | | | | |
| 7. Civil Service Retirement Pension - $2,700.00 per m | Unknown | 0.00 | | 0.00 | FA |
| Civil Service Retirement Pension - $2,700.00 per month payment | | | | | |
| 8. Citizens Bank & Trust, employee 401k | Unknown | 0.00 | | 0.00 | FA |
| Citizens Bank & Trust, employee 401k | | | | | |
| 9. Michael Realty & Associates, Inc. 50% ownership | 0.00 | 0.00 | | 0.00 | FA |
| Michael Realty & Associates, Inc. 50% ownership | | | | | |
| 10. R & G Properties - 50% ownership | Unknown | 0.00 | | 0.00 | FA |
| R & G Properties - 50% ownership | | | | | |
| 11. Ararat Corp. | Unknown | 0.00 | | 0.00 | FA |
| Ararat Corp. | | | | | |
| 12. Harlem-Grace Inc. d/b/a Jimmie G's North | Unknown | 0.00 | | 0.00 | FA |
| Harlem-Grace Inc. d/b/a Jimmie G's North | | | | | |
| 13. Jefferson Title Company, Inc. | 1,042.00 | 0.00 | | 0.00 | FA |
| Jefferson Title Company, Inc. | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit A

| Case No: | 10-43640   ABG   Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MICHAEL, ROBERT C | | Date Filed (f) or Converted (c): | 01/16/13 (c) |
| | | | 341(a) Meeting Date: | 03/27/13 |
| | | | Claims Bar Date: | 07/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 14. Citizens Financial Corp.<br><br>Citizens Financial Corp. | 0.00 | 0.00 | | 0.00 | FA |
| 15. 300 W. Sibley LLC - 50% ownership interest<br><br>300 W. Sibley LLC - 50% ownership interest | Unknown | 0.00 | | 0.00 | FA |
| 16. Sweet Pea LLC - 50% ownership interest<br><br>Sweet Pea LLC - 50% ownership interest | Unknown | 0.00 | | 0.00 | FA |
| 17. Michael Realty LLC, Deleware Corporation 50%<br><br>Michael Realty LLC, Deleware Corporation 50% | Unknown | 0.00 | | 0.00 | FA |
| 18. 5401 W. Devon LLC - dissolved<br><br>5401 W. Devon LLC - dissolved | 0.00 | 0.00 | | 0.00 | FA |
| 19. Damage Claim against Village of Lake Bluff for dep<br><br>Damage Claim against Village of Lake Bluff for deprivation of rights and emotional distress. Michael v. Letchinger, et al., Northern District of Illinois Case No. 10 CV 03897. | Unknown | 0.00 | | 0.00 | FA |
| 20. Damage Claim against Village of Dolton, potential<br><br>Damage Claim against Village of Dolton, potential claim against Village for conspiracy to cause property to be forfeited by canceling liquor license, disallowing occupancy and use of the property, issuing wrongful stop work orders | Unknown | 0.00 | | 0.00 | FA |
| 21. Claim against Federal Deposit Insurance Corporatio<br><br>Claim against Federal Deposit Insurance Corporation for mailcious prosecution stemming from the closing of Citizens Bank and Trust | Unknown | 0.00 | | 0.00 | FA |
| 22. Claim against Americanunited Bank for fraud based<br><br>Claim against Americanunited Bank for fraud based on loan interest calculation | 0.00 | 0.00 | | 0.00 | FA |
| 23. joint claim with brother for moneys that were to b | 75,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   3

Exhibit A

Case No:        10-43640     ABG   Judge: A. BENJAMIN GOLDGAR

Case Name:    MICHAEL, ROBERT C

Trustee Name:                              JOSEPH E. COHEN
Date Filed (f) or Converted (c):    01/16/13 (c)
341(a) Meeting Date:                  03/27/13
Claims Bar Date:                        07/10/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| joint claim with brother for moneys that were to be paid to debtor from real estate transactions and rental payments from John Klytta and Anthony Klytta | | | | | |
| 24. Real estate brokers license<br>Real estate brokers license | 0.00 | 0.00 | | 0.00 | FA |
| 25. Liquor license - Harlem-Grace, Inc d/b/a Jimmie Gs<br>Liquor license - Harlem-Grace, Inc d/b/a Jimmie Gs North | 0.00 | 0.00 | | 0.00 | FA |
| 26. 1996 Chrysler Cirrus (impounded by City of Chicago)<br>1996 Chrysler Cirrus (impounded by City of Chicago) | 0.00 | 0.00 | | 0.00 | FA |
| 27. 1989 Sea Ray 34-ft boat<br>1989 Sea Ray 34-ft boat | 10,000.00 | 0.00 | | 0.00 | FA |
| 28. REAL ESTATE LOCATED 3600 N. LAKE SHORE DR. CHICAGO (u)<br><br>Property located at 3600 N. Lake Shore Drive, Unit #1915, Chicago, IL 60613 sold per court order entered May 7, 2014.  Property located at 3600 N. Lake Shore Drive, Unit # 1916, Chicago, IL 60613, Chicago, IL sold per court order entered May 7, 2014.  Property located at 3600 N. Lake Shore Drive, Unit #1914, Chicago, IL 60613 sold per court order entered November 25, 2015. | 0.00 | 175,000.00 | | 218,750.00 | FA |
| 29. 7431 N. HOYNE, CHICAGO, IL (u) | 0.00 | 30,000.00 | | 26,250.00 | FA |
| 30. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $88,161.00       $205,000.00                    $245,000.00              $0.00

(Total Dollar Amount in Column 6)

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:   4

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 10-43640   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN | |
| Case Name: | MICHAEL, ROBERT C | Date Filed (f) or Converted (c): | 01/16/13 (c) | |
| | | 341(a) Meeting Date: | 03/27/13 | |
| | | Claims Bar Date: | 07/10/14 | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TTRUSTEE SUBMITTED HIS TFR, NFR AND RELATED DOCUMENTS TO UST FOR APPROVAL - 1/8/2018.  TAX RETURNS FILED  TRUSTEE
PREPARING TFR, NFR AND RELATED DOCUMENTS - 10/30/17.  AWAITING TAX RETURNS; TFR TO FOLLOW - 6/27/17.
TRUSTEE IS WORKING WITH ACCOUNTANT TO FINALIZE TAX RETURNS - 1/11/17.  TRUSTEE TO EMPLOY ACCOUNTANT - 10/31/16. ALL OF
THE REAL ESTATE HAS BEEN SOLD AND THE TRUSTEE IS WORKING ON HIS TFR AND RELATED DOCUMENTS - 7/30/2016.
TRUSTEE JUST CLOSED ON FINAL PARCEL OF REAL ESTATE - 04/30/16.TRUSTEE WAITING TO CLOSE ON FINAL PROPERTY - Oct. 31,
2015. SAME - July 30, 2015. TRUSTEE STILL SELLING REAL ESTATE - April 25, 2015. SALE OF REAL ESTATE CONTINUES - Jan. 17,
2015.  TRUSTEE INVESTIGATING VALUE OF ASSETS FOR THIS CONVERTED CASE.  TRUSTEE WAITING TO SEE OUTCOME OF LITIGATION IN
BROTHERS RELATED CASE - January 22, 2014.  TRUSTEE IS EMPLOYING REAL ESTATE BROKER TO SELL REAL ESTATE - April 30, 2014.
TRUSTEE HAS FILED MOTIONS TO SELL VARIOUS PARCELS OF REAL ESTATE - July 17, 2014.  TRUSTEE SELLING MORE PROPERTY -
Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 04/30/15          Current Projected Date of Final Report (TFR): 02/28/18

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | |
|---|---|
| Case No: | 10-43640  -ABG |
| Case Name: | MICHAEL, ROBERT C |
| Taxpayer ID No: | *******7980 |
| For Period Ending: | 02/26/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5712  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/11/14 | 28 | CHICAGO TITLE & TRUST CO. | Sale of 3600 N. Lake Shore Dr #1915 | | 15,000.00 | | 15,000.00 |
| | | CHICAGO TITLE & TRUST CO. | Proceeds from sale of real estate | | | | |
| | | | Memo Amount:        100,000.00 | 1210-000 | | | |
| | | FIRST COMMERCIAL BANK | Proceeds from sale of real estate | | | | |
| | | | Memo Amount:    (    76,752.17 ) | 4110-000 | | | |
| | | MILLENNIUM PROPERTIES | mortgage | | | | |
| | | | Memo Amount:    (     5,500.00 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | | Memo Amount:    (     1,425.16 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | | Memo Amount:    (     1,322.67 ) | 2500-000 | | | |
| | | | Title charges & prorations | | | | |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.38 | 14,985.62 |
| 07/25/14 | 28 | CHICAGO TITLE & TRUST. CO. | Sale of 3600 N. Lake Shore Dr #1916 | | 6,937.50 | | 21,923.12 |
| | | CHICAGO TITLE & TRUST. CO. | Proceeds from sale of real estate | | | | |
| | | | Memo Amount:        46,250.00 | 1210-000 | | | |
| | | FIRST COMMERCIAL BANK | Proceeds from sale of real estate | | | | |
| | | | Memo Amount:    (    34,698.91 ) | 4110-000 | | | |
| | | MILLENNIUM PROPERTIES | mortgage | | | | |
| | | | Memo Amount:    (     2,312.50 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | | Memo Amount:    (       662.62 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | | Memo Amount:    (     1,638.47 ) | 2500-000 | | | |
| | | | Title charges & prorations | | | | |
| 08/04/14 | 300001 | RICHARD PATINKIN | Attorney for Trustee fees | 3210-600 | | 1,687.50 | 20,235.62 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.61 | 20,211.01 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.75 | 20,179.26 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 21,937.50 | 1,758.24 |

Page: 2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-43640 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MICHAEL, ROBERT C | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5712 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7980 | | | |
| For Period Ending: | 02/26/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.04 | 20,150.22 |
| 10/09/14 | 300002 | CLERK, US. BANKRUPTCY COURT | SALE MOTION FEE | 2700-000 | | 176.00 | 19,974.22 |
| 11/03/14 | 300003 | PATINKIN & PATINKIN, LTD. | Attorney fees per court order | 3210-600 | | 1,995.00 | 17,979.22 |
| 11/07/14 | 300004 | COHEN & KROL | Sale motion fee reimbursement | 2700-000 | | 176.00 | 17,803.22 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.82 | 17,773.40 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.60 | 17,746.80 |
| 12/11/14 | 300005 | JOSEPH E. COHEN, TRUSTEE | Trustee Fees | 2100-000 | | 9,573.17 | 8,173.63 |
| | | | Trustee Fees | | | | |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.20 | 8,156.43 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.13 | 8,144.30 |
| 02/27/15 | 300006 | Arthur B. Levine Company | Bond premium | 2300-000 | | 8.82 | 8,135.48 |
| | | 60 East 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, New York 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.94 | 8,124.54 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.08 | 8,112.46 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.67 | 8,100.79 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.04 | 8,088.75 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.64 | 8,077.11 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.01 | 8,065.10 |
| 08/31/15 | 29 | CHICAGO TITLE & TRUST CO. | Sale of 7431 N. Hoyne Unit G | | 3,937.50 | | 12,002.60 |
| | | | Proceeds from sale of real estate | | | | |
| | | CHICAGO TITLE & TRUST CO. | Memo Amount:        26,250.00 | 1210-000 | | | |
| | | | Proceeds from sale of real estate | | | | |
| | | | Proceeds from sale of real estate | | | | |
| | | MILLENIUM PROPERTIES | Memo Amount:     (    1,443.75 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | TAXES | Memo Amount:     (      685.68 ) | 2820-000 | | | |
| | | | TAXES | | | | |

| | | | | Page Subtotals | 3,937.50 | 12,114.16 | |

Ver: 20.00g

LFORM24

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-43640  -ABG |
| Case Name: | MICHAEL, ROBERT C |
| Taxpayer ID No: | *******7980 |
| For Period Ending: | 02/26/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5712  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | WATERFALL OLYMPIC MASTER FUND | Memo Amount:    (      17,119.90 ) | 4110-000 | | | |
| | | | MORTGAGE PAYOFF | | | | |
| | | CHICAGO TRUST & TITLE CO. | Memo Amount:        1,750.00 ) | 2500-000 | | | |
| | | | LAND TRUST FEES | | | | |
| | | MISC. CLOSING COSTS | Memo Amount:    (      1,313.17 ) | 2500-000 | | | |
| | | | Misc. expenses | | | | |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.18 | 11,990.42 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.25 | 11,973.17 |
| 11/05/15 | 300007 | COHEN & KROL | REIMBURSEMENT OF SALE MOTION FEE | 2700-000 | | 176.00 | 11,797.17 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.80 | 11,779.37 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.99 | 11,762.38 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.49 | 11,744.89 |
| 01/15/16 | 28 | CHICAGO TITLE AND TRUST CO. | Proceeds 3600 LSD # 1914 | | 10,524.59 | | 22,269.48 |
| | | | Proceeds from sale of real estate | | | | |
| | | CHICAGO TITLE AND TRUST CO. | Memo Amount:      72,500.00 | 1210-000 | | | |
| | | | Proceeds from sale of real estate | | | | |
| | | WATERFALL OLYMPIC MASTER FUND | Memo Amount:    (      54,671.90 ) | 4110-000 | | | |
| | | | Payment of secured claim | | | | |
| | | MILENNIUL PROPERTIES | Memo Amount:    (      3,987.50 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | COUNTY OF COOK | Memo Amount:    (      1,375.64 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | TITLE CHARGES AND TRANSFER STAMPS | Memo Amount:    (      1,940.37 ) | 2500-000 | | | |
| | | | Title charges & prorations | | | | |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.04 | 22,243.44 |
| 02/16/16 | 300008 | ADAMS-LEVINE | Bond #10BSBGR6291 | 2300-000 | | 8.36 | 22,235.08 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY  10017 | | | | | |

| | | |
|---|---|---|
| Page Subtotals | 10,524.59 | 292.11 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM24

Ver: 20.00g

FORM 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-43640 -ABG |
| Case Name: | MICHAEL, ROBERT C |
| | |
| Taxpayer ID No: | *******7980 |
| For Period Ending: | 02/26/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5712  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.93 | 22,204.15 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.01 | 22,171.14 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.90 | 22,139.24 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.91 | 22,106.33 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.81 | 22,074.52 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.82 | 22,041.70 |
| * 08/08/16 | 300009 | PATINKIN & PATINKIN 89 LINCOLNWOOD ROAD HIGHLAND PARK, IL  60035 | | 3210-603 | | 4,596.25 | 17,445.45 |
| * 08/10/16 | 300009 | PATINKIN & PATINKIN 89 LINCOLNWOOD ROAD HIGHLAND PARK, IL  60035 | VOID amount of check incorrect | 3210-603 | | -4,596.25 | 22,041.70 |
| 08/10/16 | 300010 | PATINKING & PATINKIN 89 LINCOLNWOOD ROAD HIGHLAND PARK, IL  60035 | | | | 4,596.09 | 17,445.61 |
| | | | Fees          4,544.09 | 3210-600 | | | |
| | | | Expenses        52.00 | 3220-610 | | | |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.24 | 17,416.37 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.06 | 17,391.31 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.86 | 17,365.45 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.99 | 17,340.46 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.78 | 17,314.68 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.74 | 17,288.94 |
| 02/20/17 | 300011 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Ste 420 New Orleans, LA  70139 | BOND#016073584 | 2300-000 | | 8.35 | 17,280.59 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.22 | 17,257.37 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.66 | 17,231.71 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.79 | 17,206.92 |

|  | | Page Subtotals | | | 0.00 | 5,028.16 | |

Ver: 20.00g

LFORM24

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-43640  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MICHAEL, ROBERT C | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5712  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7980 | | |
| For Period Ending: | 02/26/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.58 | 17,181.34 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.72 | 17,156.62 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.51 | 17,131.11 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.47 | 17,105.64 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.61 | 17,081.03 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.39 | 17,055.64 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 245,000.00 | COLUMN TOTALS | 36,399.59 | 19,343.95 | 17,055.64 |
| Memo Allocation Disbursements: | 208,600.41 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 36,399.59 | 19,343.95 | |
| Memo Allocation Net: | 36,399.59 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 36,399.59 | 19,343.95 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 245,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 208,600.41 | Checking Account (Non-Interest Earn - *******5712 | 36,399.59 | 19,343.95 | 17,055.64 |
| | | | --------------------- | --------------------- | --------------------- |
| Total Memo Allocation Net: | 36,399.59 | | 36,399.59 | 19,343.95 | 17,055.64 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: February 26, 2018 |

Case Number:  10-43640

Debtor Name:  MICHAEL, ROBERT C

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3210-00 | PATINKIN & PATINKIN | Administrative | | $8,278.59 | $8,278.59 | $0.00 |
| 001 3410-00 | COOKE & LEWIS, LTD. 333 Skokie Blvd. Suite 104 Northbrook, IL 60062 | Administrative | | $1,993.75 | $0.00 | $1,993.75 |
| 001 3110-00 | COHEN & KROL 105 West Madison Street Chicago, IL 60602 | Administrative | | $4,439.46 | $0.00 | $4,439.46 |
| 001 2100-00 | JOSEPH E. COHEN, Trustee 105 West Madison St., Chicago, IL 60602 | Administrative | | $15,500.00 | $9,573.17 | $5,926.83 |
| 000016A 001 2950-00 | Office of the U.S. Trustee <B>(ADMINISTRATIVE)</B> 219 S. Dearborn St. Room 873 Chicago, IL 60606 | Administrative | | $2,645.60 | $0.00 | $2,645.60 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Ste 420 New Orleans, LA  70139 | Administrative | | $8.35 | $8.35 | $0.00 |
| BOND 999 2300-00 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY  10017 | Administrative | | $8.36 | $8.36 | $0.00 |
| BOND 999 2300-00 | Arthur B. Levine Company 60 East 42nd Street Room 965 New York, New York 10165 | Administrative | | $8.82 | $8.82 | $0.00 |
| 000006A 050 4110-00 | Republic Bank of Chicago c/o Edward P. Freud, Esq 222 N. LaSalle Street Suite 700 Chicago, IL 60601 | Secured | | $0.00 | $0.00 | $0.00 |
| 000008 050 4110-00 | Harris N.A c/o Michael T Benz/Chapman & Cutler LLP 111 W. Monroe Street Ste 1400 Chicago, Illinois 60603 | Secured | | $0.00 | $0.00 | $0.00 |
| 000017A 040 5600-00 | John Vadaparampil c/o Joel A. Schechter 53 West Jackson Blvd, Suite 1522 Chicago, IL 60604 | Priority | | $1,300.00 | $0.00 | $1,300.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 2                                                                    Date: February 26, 2018

Case Number:    10-43640                    Claim Class Sequence
Debtor Name:    MICHAEL, ROBERT C

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000020 040 5600-00 | David Kalsch 5654 N. Central Ave., Apt. 1 Chicago, IL 60646 | Priority | | $750.00 | $0.00 | $750.00 |
| 000001 070 7100-00 | PRA Receivables Management, LLC POB 41067 Norfolk, VA 23541 | Unsecured | | $8,016.88 | $0.00 | $8,016.88 |
| 000002 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $39,064.58 | $0.00 | $39,064.58 |
| 000003 070 7100-00 | Nicor Gas PO Box 549 Aurora IL 60507 | Unsecured | | $1,384.09 | $0.00 | $1,384.09 |
| 000004 070 7100-00 | CITY OF CHICAGO DEPARTMENT OF REVENUE-BANKRUPTCY UNIT 121 N. LASALLE ST-ROOM 107A CHICAGO, ILLINOIS 60602 | Unsecured | | $36,242.87 | $0.00 | $36,242.87 |
| 000005 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $2,882.01 | $0.00 | $2,882.01 |
| 000006B 070 7100-00 | Republic Bank of Chicago c/o Edward P. Freud, Esq 222 N. LaSalle Street Suite 700 Chicago, IL 60601 | Unsecured | | $88,746.99 | $0.00 | $88,746.99 |
| 000007 070 7100-00 | Delta Trading Company Inc c/o Arthur F Radke Robbins Salomon & Pratt Ltd 25 E Washington St Ste 1000 Chicago, Il 60602 | Unsecured | | $10,027,540.00 | $0.00 | $10,027,540.00 |
| 000009 070 7100-00 | AmericaUnited Bank and Trust Company USA c/o Rosanne Ciambrone and Matthew A. Oli Duane Morris LLP 190 S. LaSalle Street, Suite 3700 Chicago, Illinois 60603 | Unsecured | | $4,100,000.00 | $0.00 | $4,100,000.00 |
| 000010 070 7100-00 | FDIC as Receiver for Citizens Bank and Trust c/o Craig Penrose, Esq. 200 N. Martingale Rd 5th Floor Schaumburg, IL 60173 | Unsecured | | $4,662,072.00 | $0.00 | $4,662,072.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: February 26, 2018

Case Number:   10-43640
Debtor Name:   MICHAEL, ROBERT C

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|--------|------------------------|-------------|-------|----------------|--------------|---------------|
| 000011 070 7100-00 | FDIC as Receiver for Citizens Bank and Trust c/o Craig Penrose, Esq. 200 N. Martingale Rd 5th Floor Schaumburg, IL 60173 | Unsecured | | $200,000.00 | $0.00 | $200,000.00 |
| 000012 070 7100-00 | Belongia, Shaprio & Franklin LLP attn Ashley L Varterasian 20 S. Clark Street #300 Chicago, IL 60603 | Unsecured | | $77,001.99 | $0.00 | $77,001.99 |
| 000013 070 7100-00 | The First Commercial Bank Martin & Karcazes Ltd Attn Allen C Wesolowski 161 N Clark Ste 550 Chicago, Il 60601 | Unsecured | | $1,964,102.73 | $0.00 | $1,964,102.73 |
| 000014 070 7100-00 | Edgebrook Bank Deutsch Levy & Engel Chartered c/o Joel A Stein 225 W Washington St Ste 1700 Chicago, Il 60606 | Unsecured | | $2,699,347.99 | $0.00 | $2,699,347.99 |
| 000015 070 7100-00 | FDIC - Legal Department 300 S. Riverside Plaza, Suite 1700 Chicago, Illinois 60606-6615 | Unsecured | | $100,000.00 | $0.00 | $100,000.00 |
| 000017B 070 7100-00 | John Vadaparamil c/o Joel A. Schechter 53 West Jackson Blvd., Suite 1522 Chicago, IL 60604 | Unsecured | | $58,559.90 | $0.00 | $58,559.90 |
| 000018 070 7100-00 | Nicholas M. Duric c/o Fritzshall & Pawlowski 6584 N Northwest Hwy Chicago, IL 60631 | Unsecured | | $50,000.00 | $0.00 | $50,000.00 |
| 000019 070 7100-00 | Federal Deposit Insurance Corporation, Attn: Timothy Divis 300 South Riverside Plaza, Suite 1700 Chicago, IL 60606 | Unsecured | | $100,000.00 | $0.00 | $100,000.00 |
| 000021 070 7100-00 | Republic Bank of Chicago c/o Edward P. Freud, Esq. 200 North LaSalle Street, Suite 2020 Chicago, IL 60601 | Unsecured | | $50,000.00 | $0.00 | $50,000.00 |
| 000022 070 7100-00 | Monty Titling Trust 1, by and through its servicer Capital Crossing Servicing Company LLC 111 W Monroe St Chicago, IL 60603 | Unsecured | | $2,894,421.59 | $0.00 | $2,894,421.59 |

Page 4

**EXHIBIT C**
ANALYSIS OF CLAIMS REGISTER

Date: February 26, 2018

Case Number:   10-43640
Debtor Name:   MICHAEL, ROBERT C

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|--------|------------------------|-------------|-------|----------------|--------------|---------------|
|        | Case Totals:           |             |       | $27,194,316.55 | $17,877.29   | $27,176,439.26 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-43640
Case Name: MICHAEL, ROBERT C
Trustee Name: JOSEPH E. COHEN

| | Balance on hand | | $ | 17,055.64 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006A | Republic Bank of Chicago c/o Edward P. Freud, Esq 222 N. LaSalle Street Suite 700 Chicago, IL 60601 | $ 9,941.08 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008 | Harris N.A c/o Michael T Benz/Chapman & Cutler LLP 111 W. Monroe Street Ste 1400 Chicago, Illinois 60603 | $ 3,494,169.63 | $ 0.00 | $ 0.00 | $ 0.00 |

| | Total to be paid to secured creditors | $ | 0.00 |
| | Remaining Balance | $ | 17,055.64 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 15,500.00 | $ 9,573.17 | $ 5,926.83 |
| Attorney for Trustee Fees: COHEN & KROL | $ 4,101.47 | $ 0.00 | $ 4,101.47 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: COHEN & KROL | $ 337.99 | $ 0.00 | $ 337.99 |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD. | $ 1,993.75 | $ 0.00 | $ 1,993.75 |
| Fees: Office of the U.S. Trustee | $ 2,645.60 | $ 0.00 | $ 2,645.60 |
| Other: Arthur B. Levine Company | $ 8.82 | $ 8.82 | $ 0.00 |
| Other: PATINKIN & PATINKIN | $ 8,278.59 | $ 8,278.59 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 8.35 | $ 8.35 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 8.36 | $ 8.36 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses          $          15,005.64

Remaining Balance          $          2,050.00


Applications for prior chapter fees and administrative expenses have been filed as follows:


NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,050.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000017A | John Vadaparampil c/o Joel A. Schechter 53 West Jackson Blvd, Suite 1522 Chicago, IL 60604 | $ 1,300.00 | $ 0.00 | $ 1,300.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000020 | David Kalsch<br>5654 N. Central Ave., Apt. 1<br>Chicago, IL 60646 | $ 750.00 | $ 0.00 | $ 750.00 |

Total to be paid to priority creditors $ 2,050.00

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,159,383.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541 | $ 8,016.88 | $ 0.00 | $ 0.00 |
| 000002 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 39,064.58 | $ 0.00 | $ 0.00 |
| 000003 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | $ 1,384.09 | $ 0.00 | $ 0.00 |
| 000004 | CITY OF CHICAGO DEPARTMENT OF REVENUE- BANKRUPTCY UNIT 121 N. LASALLE ST- ROOM 107A CHICAGO, ILLINOIS 60602 | $ 36,242.87 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 2,882.01 | $ 0.00 | $ 0.00 |
| 000006B | Republic Bank of Chicago<br>c/o Edward P. Freud, Esq<br>222 N. LaSalle Street<br>Suite 700<br>Chicago, IL 60601 | $ 88,746.99 | $ 0.00 | $ 0.00 |
| 000007 | Delta Trading Company Inc<br>c/o Arthur F Radke<br>Robbins Salomon & Pratt Ltd<br>25 E Washington St Ste 1000<br>Chicago, Il 60602 | $ 10,027,540.00 | $ 0.00 | $ 0.00 |
| 000009 | AmericaUnited Bank and Trust Company USA<br>c/o Rosanne Ciambrone and Matthew A. Oli<br>Duane Morris LLP<br>190 S. LaSalle Street, Suite 3700<br>Chicago, Illinois 60603 | $ 4,100,000.00 | $ 0.00 | $ 0.00 |
| 000010 | FDIC as Receiver for Citizens Bank and Trust<br>c/o Craig Penrose, Esq.<br>200 N. Martingale Rd 5th Floor<br>Schaumburg, IL 60173 | $ 4,662,072.00 | $ 0.00 | $ 0.00 |
| 000011 | FDIC as Receiver for Citizens Bank and Trust<br>c/o Craig Penrose, Esq.<br>200 N. Martingale Rd 5th Floor<br>Schaumburg, IL 60173 | $ 200,000.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| 000012 | Belongia, Shaprio & Franklin LLP attn Ashley L Varterasian 20 S. Clark Street #300 Chicago, IL 60603 | $ 77,001.99 | $ 0.00 | $ 0.00 |
| 000013 | The First Commercial Bank Martin & Karcazes Ltd Attn Allen C Wesolowski 161 N Clark Ste 550 Chicago, Il 60601 | $ 1,964,102.73 | $ 0.00 | $ 0.00 |
| 000014 | Edgebrook Bank Deutsch Levy & Engel Chartered c/o Joel A Stein 225 W Washington St Ste 1700 Chicago, Il 60606 | $ 2,699,347.99 | $ 0.00 | $ 0.00 |
| 000015 | FDIC - Legal Department 300 S. Riverside Plaza, Suite 1700 Chicago, Illinois 60606-6615 | $ 100,000.00 | $ 0.00 | $ 0.00 |
| 000018 | Nicholas M. Duric c/o Fritzshall & Pawlowski 6584 N Northwest Hwy Chicago, IL 60631 | $ 50,000.00 | $ 0.00 | $ 0.00 |
| 000019 | Federal Deposit Insurance Corporation, Attn: Timothy Divis 300 South Riverside Plaza, Suite 1700 Chicago, IL 60606 | $ 100,000.00 | $ 0.00 | $ 0.00 |
| 000021 | Republic Bank of Chicago c/o Edward P. Freud, Esq. 200 North LaSalle Street, Suite 2020 Chicago, IL 60601 | $ 50,000.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000022 | Monty Titling Trust 1, by and through its servicer Capital Crossing Servicing Company LLC 111 W Monroe St Chicago, IL 60603 | $    2,894,421.59 | $         0.00 | $         0.00 |
| 000017B | John Vadaparamil c/o Joel A. Schechter 53 West Jackson Blvd., Suite 1522 Chicago, IL 60604 | $       58,559.90 | $         0.00 | $         0.00 |

Total to be paid to timely general unsecured creditors          $_____0.00

Remaining Balance          $_____0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE