UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL, ROBERT C | § | Case No. 10-43640 |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/11/2018 in Courtroom 642,
United States District Courthouse
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/16/2018            By: JOSEPH E. COHEN
                                          TRUSTEE


*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re:  §
  §
MICHAEL, ROBERT C  §   Case No. 10-43640
  §
Debtor  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 245,000.00 |
| and approved disbursements of | $ 227,944.36 |
| leaving a balance on hand of[1] | $ 17,055.64 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000006A | Republic Bank of Chicago c/o Edward P. Freud, Esq 222 N. LaSalle Street Suite 700 Chicago, IL 60601 | $ 9,941.08 | $ 0.00 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000008 | Harris N.A c/o Michael T Benz/Chapman & Cutler LLP 111 W. Monroe Street Ste 1400 Chicago, Illinois 60603 | $ 3,494,169.63 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | | $ 0.00 |
| Remaining Balance | | $ 17,055.64 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 15,500.00 | $ 9,573.17 | $ 5,926.83 |
| Attorney for Trustee Fees: COHEN & KROL | $ 4,101.47 | $ 0.00 | $ 4,101.47 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 337.99 | $ 0.00 | $ 337.99 |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD. | $ 1,993.75 | $ 0.00 | $ 1,993.75 |
| Fees: Office of the U.S. Trustee | $ 2,645.60 | $ 0.00 | $ 2,645.60 |
| Other: Arthur B. Levine Company | $ 8.82 | $ 8.82 | $ 0.00 |
| Other: PATINKIN & PATINKIN | $ 8,278.59 | $ 8,278.59 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 8.35 | $ 8.35 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 8.36 | $ 8.36 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 15,005.64 |
| Remaining Balance | $ 2,050.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,050.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000017A | John Vadaparampil c/o Joel A. Schechter 53 West Jackson Blvd, Suite 1522 Chicago, IL 60604 | $ 1,300.00 | $ 0.00 | $ 1,300.00 |
| 000020 | David Kalsch 5654 N. Central Ave., Apt. 1 Chicago, IL 60646 | $ 750.00 | $ 0.00 | $ 750.00 |
| | Total to be paid to priority creditors | | | $ 2,050.00 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,159,383.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PRA Receivables Management, LLC POB 41067 Norfolk, VA 23541 | $ 8,016.88 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 39,064.58 | $ 0.00 | $ 0.00 |
| 000003 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | $ 1,384.09 | $ 0.00 | $ 0.00 |
| 000004 | CITY OF CHICAGO DEPARTMENT OF REVENUE-BANKRUPTCY UNIT<br>121 N. LASALLE ST-ROOM 107A<br>CHICAGO, ILLINOIS 60602 | $ 36,242.87 | $ 0.00 | $ 0.00 |
| 000005 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 2,882.01 | $ 0.00 | $ 0.00 |
| 000006B | Republic Bank of Chicago<br>c/o Edward P. Freud, Esq<br>222 N. LaSalle Street<br>Suite 700<br>Chicago, IL 60601 | $ 88,746.99 | $ 0.00 | $ 0.00 |
| 000007 | Delta Trading Company Inc<br>c/o Arthur F Radke<br>Robbins Salomon & Pratt Ltd<br>25 E Washington St Ste 1000<br>Chicago, Il 60602 | $ 10,027,540.00 | $ 0.00 | $ 0.00 |
| 000009 | AmericaUnited Bank and Trust Company USA<br>c/o Rosanne Ciambrone and Matthew A. Oli<br>Duane Morris LLP<br>190 S. LaSalle Street, Suite 3700<br>Chicago, Illinois 60603 | $ 4,100,000.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | FDIC as Receiver for Citizens Bank and Trust<br>c/o Craig Penrose, Esq.<br>200 N. Martingale Rd<br>5th Floor<br>Schaumburg, IL 60173 | $ 4,662,072.00 | $ 0.00 | $ 0.00 |
| 000011 | FDIC as Receiver for Citizens Bank and Trust<br>c/o Craig Penrose, Esq.<br>200 N. Martingale Rd<br>5th Floor<br>Schaumburg, IL 60173 | $ 200,000.00 | $ 0.00 | $ 0.00 |
| 000012 | Belongia, Shaprio & Franklin LLP<br>attn Ashley L Varterasian<br>20 S. Clark Street #300<br>Chicago, IL 60603 | $ 77,001.99 | $ 0.00 | $ 0.00 |
| 000013 | The First Commercial Bank<br>Martin & Karcazes Ltd<br>Attn Allen C Wesolowski<br>161 N Clark Ste 550<br>Chicago, Il 60601 | $ 1,964,102.73 | $ 0.00 | $ 0.00 |
| 000014 | Edgebrook Bank<br>Deutsch Levy & Engel Chartered<br>c/o Joel A Stein<br>225 W Washington St Ste 1700<br>Chicago, Il 60606 | $ 2,699,347.99 | $ 0.00 | $ 0.00 |
| 000015 | FDIC - Legal Department<br>300 S. Riverside Plaza, Suite 1700<br>Chicago, Illinois 60606-6615 | $ 100,000.00 | $ 0.00 | $ 0.00 |
| 000018 | Nicholas M. Duric<br>c/o Fritzshall & Pawlowski<br>6584 N Northwest Hwy<br>Chicago, IL 60631 | $ 50,000.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000019 | Federal Deposit Insurance Corporation, Attn: Timothy Divis 300 South Riverside Plaza, Suite 1700 Chicago, IL 60606 | $ 100,000.00 | $ 0.00 | $ 0.00 |
| 000021 | Republic Bank of Chicago c/o Edward P. Freud, Esq. 200 North LaSalle Street, Suite 2020 Chicago, IL 60601 | $ 50,000.00 | $ 0.00 | $ 0.00 |
| 000022 | Monty Titling Trust 1, by and through its servicer Capital Crossing Servicing Company LLC 111 W Monroe St Chicago, IL 60603 | $ 2,894,421.59 | $ 0.00 | $ 0.00 |
| 000017B | John Vadaparamil c/o Joel A. Schechter 53 West Jackson Blvd., Suite 1522 Chicago, IL 60604 | $ 58,559.90 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors       $          0.00

Remaining Balance       $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

     Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.