IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **ROBERT C. MICHAEL,** | ) | No. 10-43640 |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:    See Attached List

    I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on March 16, 2018, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                                  BY:/s/ Joseph E. Cohen

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

AmericaUnited Bank and Trust Company USA
c/o Rosanne Ciambrone and Matthew A. Oli
Duane Morris LLP
190 S. LaSalle Street, Suite 3700
Chicago, Illinois 60603-3433

Belongia Shaprio & Hynes LLC
20 S Clark Street #300
Chicago, Il 60603-1896

CITY OF CHICAGO
DEPARTMENT OF REVENUE-BANKRUPTCY UNIT
121 N. LASALLE ST-ROOM 107A
CHICAGO, ILLINOIS 60602-1232

David Kalsch
5654 N. Central Ave., Apt. 1
Chicago, IL 60646-6409

Delta Trading Company Inc
c/o Arthur F Radke
Robbins Salomon & Pratt Ltd
25 E Washington St Ste 1000
Chicago, Il 60602-1708

Edgebrook Bank
Deutsch Levy & Engel Chartered
c/o Joel A Stein
225 W Washington St Ste 1700
Chicago, Il 60606-3482

FDIC - Legal Department
300 S. Riverside Plaza, Suite 1700
Chicago, Illinois 60606-6625

FDIC as Receiver for Citizens Bank and Trust
c/o Craig Penrose, Esq.
200 N. Martingale Rd 5th Floor
Schaumburg, IL 60173-2033

Federal Deposit Insurance Corporation,
Attn: Timothy Divis
300 South Riverside Plaza, Suite 1700
Chicago, IL 60606-6615

Harris N.A
c/o Michael T Benz/Chapman & Cutler LLP
111 W. Monroe Street Ste 1400
Chicago, Illinois 60603-4096

Joel A. Schechter
53 W. Jackson Blvd., Ste 1522
Chicago, IL 60604-3761

John Vadaparampil
849 Franklin, #1504
Chicago, IL 60610-8479

Monty Titling Trust 1, by and through
its servicer Capital Crossing
Servicing Company LLC
111 W Monroe St
Chicago, IL 60603-4096

Nicholas M. Duric
c/o Fritzshall & Pawlowski
6584 N Northwest Hwy
Chicago, IL 60631-1415

Office of the U.S. Trustee
219 S. Dearborn St.
Room 873
Chicago,  IL 60604-2027

Republic Bank of Chicago
c/o Edward P. Freud, Esq
222 N. LaSalle Street
Suite 700
Chicago, IL 60601-1024

Robert C Michael
5650 N. Central Ave.
Chicago, IL 60646-6409

Rosanne Ciambrone
Duane Morris LLP
190 S. LaSalle St., Suite 3700
Chicago, IL 60603-3433

The First Commercial Bank
Martin & Karcazes Ltd
Attn Allen C Wesolowski
161 N Clark Ste 550
Chicago, Il 60601-3206