# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL, ROBERT C | § | Case No. 10-43640 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 83,661.00 *(Without deducting any secured claims)* | Assets Exempt: 4,500.00 |
| Total Distributions to Claimants: 185,292.88 | Claims Discharged Without Payment: 63,920,240.46 |
| Total Expenses of Administration: 59,707.12 | |

3) Total gross receipts of $ 245,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 245,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 3,687,353.59 | $ 183,242.88 | $ 183,242.88 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 73,636.97 | 69,332.29 | 59,707.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 2,800.00 | 2,050.00 | 2,050.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 36,760,856.84 | 27,159,383.62 | 27,159,383.62 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 36,760,856.84 | $ 30,923,174.18 | $ 27,414,008.79 | $ 245,000.00 |

4)  This case was originally filed under chapter 11 on  11/14/2012 , and it was converted to chapter 7 on  01/16/2013 .  The case was pending for 68 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/13/2018                       By:/s/JOSEPH E. COHEN
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property | 1210-000 | 245,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$245,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FIRST COMMERCIAL BANK | 4110-000 | NA | 111,451.08 | 111,451.08 | 111,451.08 |
| 000008 | HARRIS N.A | 4110-000 | NA | 3,494,169.63 | 0.00 | 0.00 |
| 000006A | REPUBLIC BANK OF CHICAGO | 4110-000 | NA | 9,941.08 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WATERFALL OLYMPIC MASTER FUND | 4110-000 | NA | 71,791.80 | 71,791.80 | 71,791.80 |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 3,687,353.59 | $ 183,242.88 | $ 183,242.88 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 25,073.17 | 25,073.17 | 15,500.00 |
| ADAMS-LEVINE | 2300-000 | NA | 8.36 | 8.36 | 8.36 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 8.82 | 8.82 | 8.82 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 8.35 | 8.35 | 8.35 |
| CHICAGO TRUST & TITLE CO. | 2500-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| MISC. CLOSING COSTS | 2500-000 | NA | 1,313.17 | 1,313.17 | 1,313.17 |
| TITLE CHARGES AND TRANSFER STAMPS | 2500-000 | NA | 1,940.37 | 1,940.37 | 1,940.37 |
| Title charges & prorations | 2500-000 | NA | 2,961.14 | 2,961.14 | 2,961.14 |
| ASSOCIATED BANK | 2600-000 | NA | 938.66 | 938.66 | 938.66 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK, US. BANKRUPTCY COURT | 2700-000 | NA | 176.00 | 176.00 | 176.00 |
| COHEN & KROL | 2700-000 | NA | 352.00 | 352.00 | 352.00 |
| COUNTY OF COOK | 2820-000 | NA | 1,375.64 | 1,375.64 | 1,375.64 |
| Real estate taxes | 2820-000 | NA | 2,087.78 | 2,087.78 | 2,087.78 |
| TAXES | 2820-000 | NA | 685.68 | 685.68 | 685.68 |
| OFFICE OF THE U.S. TRUSTEE | 2950-000 | NA | 2,645.60 | 2,645.60 | 2,645.60 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3110-000 | NA | 6,565.43 | 2,734.32 | 2,734.32 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):JOSEPH E. COHEN | 3110-000 | NA | 1,367.15 | 1,367.15 | 1,367.15 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3120-000 | NA | 811.56 | 337.99 | 337.99 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):PATINKIN & PATINKIN | 3210-600 | NA | 8,278.59 | 8,278.59 | 8,226.59 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):PATINKING & PATINKIN | 3220-610 | NA | 52.00 | 52.00 | 52.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):COOKE & LEWIS, LTD. | 3410-000 | NA | 1,993.75 | 1,993.75 | 1,993.75 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):MILENNIUL PROPERTIES | 3510-000 | NA | 3,987.50 | 3,987.50 | 3,987.50 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):MILLENIUM PROPERTIES | 3510-000 | NA | 1,443.75 | 1,443.75 | 1,443.75 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):MILLENNIUM PROPERTIES | 3510-000 | NA | 7,812.50 | 7,812.50 | 7,812.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 73,636.97 | $ 69,332.29 | $ 59,707.12 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000020 | DAVID KALSCH | 5600-000 | NA | 1,500.00 | 750.00 | 750.00 |
| 000017A | JOHN VADAPARAMPIL | 5600-000 | NA | 1,300.00 | 1,300.00 | 1,300.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 2,800.00 | $ 2,050.00 | $ 2,050.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aaron A. Krolik 111 W. Washington, #1028 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Alli Traven & Cassandra Kramer 1754-56 W. Wellington, #3E Chicago, IL 60657 | | 2,000.00 | NA | NA | 0.00 |
| | Allstate Insurance 6317 N. Milwaukee Chicago, IL 60646 | | 1,300.00 | NA | NA | 0.00 |
| | American Enterprise Bank Attn: Ed Bouas 600 N. Buffalo Grove Rd. Buffalo Grove, IL 60089 | | 550,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Box 0001 Los Angeles, CA 90096-0001 | | 2,825.30 | NA | NA | 0.00 |
| | American United Bank 321 West Golf Rd Schaumburg, IL 60196 | | 4,200,000.00 | NA | NA | 0.00 |
| | Art Swiatlik & Annetia Nowak 1 N. Hamlin, Unit 3 Park Ridge, IL 60068 | | 1,250.00 | NA | NA | 0.00 |
| | Belongia, Shaprio & Hynes, LLC 20 S. Clark Street #300 Chicago, IL 60603 | | 25,000.00 | NA | NA | 0.00 |
| | Berenice Barch 5941 N. Austin, Garden N Chicago, IL | | 700.00 | NA | NA | 0.00 |
| | Beth Patella 6717 W. Irving Park Chicago, IL 60634 | | 50,000.00 | NA | NA | 0.00 |
| | Carl Galvin 1754-56 W. Wellington, #2D Chicago, IL 60657 | | 1,800.00 | NA | NA | 0.00 |
| | Charlie Bosco 5680 N. Elston Chicago, IL 60646 | | 30,000.00 | NA | NA | 0.00 |
| | Charlotte Shubert 5941 N. Austin, 1S Chicago, IL 60646 | | 775.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chris Keraminas 3600 N. Lake Shore Dr Chicago, IL 60613 | | 900.00 | NA | NA | 0.00 |
| | Cindy Baranowski 1950 Parkside, Unit 2C Park Ridge, IL 60068 | | 1,150.00 | NA | NA | 0.00 |
| | City of Chicago Department of Revenue P.O. Box 88298 Chicago, IL 60680-1290 | | 7,000.00 | NA | NA | 0.00 |
| | City of Chicago Department of Revenue P.O. Box 88298 Chicago, IL 60680-1290 | | 1,025.00 | NA | NA | 0.00 |
| | City of Chicago Department of Revenue P.O. Box 88298 Chicago, IL 60680-1290 | | 23,500.00 | NA | NA | 0.00 |
| | City of Chicago Department of Revenue P.O. Box 88298 Chicago, IL 60680-1290 | | 15,000.00 | NA | NA | 0.00 |
| | City of Chicago Department of Revenue P.O. Box 88298 Chicago, IL 60680-1290 | | 7,540.00 | NA | NA | 0.00 |
| | City of Chicago Department of Revenue P.O. Box 88298 Chicago, IL 60680-1290 | | 240.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago P.O. Box 6330 Chicago, IL 60680 | | 0.00 | NA | NA | 0.00 |
| | City of Park Ridge P.O. Box 4793 Carol Stream, IL 60197-4793 | | 0.00 | NA | NA | 0.00 |
| | City of Park Ridge P.O. Box 4793 Carol Stream, IL 60197-4793 | | 0.00 | NA | NA | 0.00 |
| | ComEd P.O. Box 803457 Chicago, IL 60680-3457 | | 0.00 | NA | NA | 0.00 |
| | Cousin's 3038 W. Irving park Chicago, IL 60618 | | 2,000.00 | NA | NA | 0.00 |
| | Dave Kalsch 5654 N. Central Chicago, IL 60646 | | 950.00 | NA | NA | 0.00 |
| | Delora Block Cores 6317 N. Milwaukee, #1D Chicago, IL 60646 | | 875.00 | NA | NA | 0.00 |
| | Delta Trading 2701 N. Kildare Ave Chicago, IL 60639 | | 8,900,000.00 | NA | NA | 0.00 |
| | Delta Trading 2701 N. Kildare Ave Chicago, IL 60639 | | 1,500,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dianna & Mohammad Skafi 3312 Foster Chicago, IL 60625 | | 750.00 | NA | NA | 0.00 |
| | Donald Spencer 5749 N. Elston, #2R Chicago, IL 60646 | | 900.00 | NA | NA | 0.00 |
| | Doruted Patrol 6508-10 W. Devon, #2N Chicago, IL 60631 | | 890.00 | NA | NA | 0.00 |
| | Edgebrook Bank Attn: John Ptak 6000 W. Touhy Chicago, IL 60646 | | 1,032,000.00 | NA | NA | 0.00 |
| | Edgebrook Bank Attn: John Ptak 6000 W. Touhy Chicago, IL 60646 | | 640,000.00 | NA | NA | 0.00 |
| | Edward Dziadosz 5654 N. Central, 2nd Floor Chicago, IL 60646 | | 950.00 | NA | NA | 0.00 |
| | Eli Vranjes 4201 W. Irving Park Chicago, IL 60618 | | 325.00 | NA | NA | 0.00 |
| | Evelyn Macalister 1 N. Hamlin, Unit 1 Park Ridge, IL 60068 | | 1,250.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Family Dentistry 6317 N. Milwaukee Chicago, IL 60646 | | 2,533.54 | NA | NA | 0.00 |
| | Faustino Lagunas 5749 N. Elston, #1R Chicago, IL 60646 | | 875.00 | NA | NA | 0.00 |
| | Federal Deposit Insurance Corp. 550 17th St NW Washington, DC 20429-9990 | | 100,000.00 | NA | NA | 0.00 |
| | First Commercial Bank Attn: Dan Healy 6945 N. Clark Chicago, IL 60626 | | 2,200,000.00 | NA | NA | 0.00 |
| | Flood Brothers Disposal 17W697 Butterfield Road #E Oakbrook Terrace, IL 60181 | | 0.00 | NA | NA | 0.00 |
| | Florence Terabe 5680-86 Elston, #2B Chicago, IL 60646 | | 775.00 | NA | NA | 0.00 |
| | Gelai Evans 5680-86 Elston, #2C Chicago, IL 60646 | | 875.00 | NA | NA | 0.00 |
| | George Michael 5680 N. Elston Chicago, IL 60646 | | 20,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ginger Trulio 5941 N. Austin, Garden South Chicago, IL 60646 | | 750.00 | NA | NA | 0.00 |
| | Gladys Ahounou Beauty Shop 6739 North Ave. Oak Park, IL 60302 | | 860.00 | NA | NA | 0.00 |
| | Greg Mitchell 5680-86 Elston, #1D Chicago, IL 60646 | | 1,050.00 | NA | NA | 0.00 |
| | Gregory Gorlich 7N864 Northern Dancer Saint Charles, IL 60175 | | 160,000.00 | NA | NA | 0.00 |
| | Harris Bank 333 N. Northwest Highway Barrington, IL 60010 | | 3,900,000.00 | NA | NA | 0.00 |
| | Illinois Department of Labor c/o Mark H. Ishu 100 West Randolph St, 13th Floor Chicago, IL 60601 | | 19,200.00 | NA | NA | 0.00 |
| | Jadwiga Loj 3600 N. Lake Shore Dr. Chicago, IL 60613 | | 885.00 | NA | NA | 0.00 |
| | James Shea 5941 N. Austin, 1N Chicago, IL 60646 | | 790.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Janice Glenn 6317 N. Milwaukee, #3D Chicago, IL 60646 | | 900.00 | NA | NA | 0.00 |
| | Jason Hopkins 3038 W. Irving Park, 2nd Floor Chicago, IL 60618 | | 1,650.00 | NA | NA | 0.00 |
| | Javier and Claudia Hernandez 5633 N. Central, 2nd Floor Chicago, IL 60646 | | 950.00 | NA | NA | 0.00 |
| | Jawed Khan 5680-86 Elston, #2E Chicago, IL 60646 | | 675.00 | NA | NA | 0.00 |
| | Jeremy Kaulfers 5941 N. Austin, 2N Chicago, IL 60646 | | 825.00 | NA | NA | 0.00 |
| | Jim Scordo 1 N. Hamlin, Unit 5 Park Ridge, IL 60068 | | 1,250.00 | NA | NA | 0.00 |
| | Joe Johns 6739 North Ave. Oak Park, IL 60302 | | 975.00 | NA | NA | 0.00 |
| | John Vadaparampil 849 Franklin, #1504 Chicago, IL | | 39,100.00 | NA | NA | 0.00 |
| | John and Dana Hill 5749 N. Elston, #2F Chicago, IL 60646 | | 875.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Johnny Price 5658 N. Central, 1st Fl Chicago, IL 60646 | | 975.00 | NA | NA | 0.00 |
| | Joseph Vallender 20 S. Dee Rd, Unit 2C Park Ridge, IL 60068 | | 1,250.00 | NA | NA | 0.00 |
| | Juan Rodriguez 1431 N. Hamlin Ave. Chicago, IL 60651 | | 50,000.00 | NA | NA | 0.00 |
| | Juan Rodriguez 1431 N. Hamlin Ave. Chicago, IL 60651 | | 25,000.00 | NA | NA | 0.00 |
| | Julie Sevilla & Wilfredo Sevilla 6508-10 W. Devon Chicago, IL 60631 | | 875.00 | NA | NA | 0.00 |
| | Karen Peplpmatas 17851 Torrence Ave., 2R Lansing, IL 60438 | | 1,400.00 | NA | NA | 0.00 |
| | Leslee Tornabene & Scott Nissen 1754-56 W. Wellington Chicago, IL 60657 | | 1,500.00 | NA | NA | 0.00 |
| | Linda Jacobson 6317 N. Milwaukee, #3C Chicago, IL 60646 | | 625.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Linda Millar 6508-10 W. Devon, #1S Chicago, IL 60631 | | 875.00 | NA | NA | 0.00 |
| | Lisa Thigpen 6317 N. Milwaukee, #2B Chicago, IL 60646 | | 0.00 | NA | NA | 0.00 |
| | Lykennia Ousley 6739 North Ave. Oak Park, IL 60302 | | 1,000.00 | NA | NA | 0.00 |
| | Margarita Pulido 1950 Parkside, Unit 2B Park Ridge, IL 60068 | | 825.00 | NA | NA | 0.00 |
| | Maria Thompson 6317 N. Milwaukee, #2E Chicago, IL 60646 | | 800.00 | NA | NA | 0.00 |
| | Maricela Marin 6317 N. Milwaukee, #3E Chicago, IL 60646 | | 875.00 | NA | NA | 0.00 |
| | Marie & Don 5772 W. Higgins, 2nd Floor Chicago, IL 60630 | | 1,200.00 | NA | NA | 0.00 |
| | Marie Jade Galvan 5155 W. Addison Chicago, IL 60641 | | 725.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marilu Da Costa 20 S. Dee Rd., Unit 1C Park Ridge, IL 60068 | | 1,000.00 | NA | NA | 0.00 |
| | Mario Yolangco 5633 N. Central, 1st Fl. Chicago, IL 60646 | | 1,150.00 | NA | NA | 0.00 |
| | Marius & Jennifer Tiria 4054-56 N. Marmora, #2S Chicago, IL 60634 | | 750.00 | NA | NA | 0.00 |
| | Mark & Denise Labus 1 N. Hamlin, Unit 6 Park Ridge, IL 60068 | | 1,400.00 | NA | NA | 0.00 |
| | Michael Lewis 4054-56 N. Marmora, #2W Chicago, IL 60634 | | 690.00 | NA | NA | 0.00 |
| | Michael Realty 5680 N. Elston Chicago, IL 60646 | | 170,000.00 | NA | NA | 0.00 |
| | Mid Care 4205 W. Irving Park Chicago, IL 60618 | | 1,000.00 | NA | NA | 0.00 |
| | Monson/Lofgren 6317 N. Milwaukee, #3A Chicago, IL 60646 | | 920.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mr. and Mrs. Breo 20 S. Dee Rd., Unit 2A Park Ridge, IL 60068 | | 1,250.00 | NA | NA | 0.00 |
| | Mr. and Mrs. Floyd 20 S. Dee Rd., Unit 1B Park Ridge, IL 60068 | | 1,150.00 | NA | NA | 0.00 |
| | Nen Chy 5749 N. Elston, #1F Chicago, IL 60646 | | 875.00 | NA | NA | 0.00 |
| | Neri Ramirez 6317 N. Milwaukee, #1A Chicago, IL 60646 | | 875.00 | NA | NA | 0.00 |
| | Nicholas M. Duric 401 N. Wisner Park Ridge, IL 60068 | | 50,000.00 | NA | NA | 0.00 |
| | Nicholas M. Duric 401 N. Wisner Park Ridge, IL 60068 | | 30,000.00 | NA | NA | 0.00 |
| | Nick La Puma 6508-10 W. Devon, #1W Chicago, IL 60631 | | 875.00 | NA | NA | 0.00 |
| | Nicor Gas PO Box 416 Aurora, IL 60568-0001 | | 0.00 | NA | NA | 0.00 |
| | NorStates Bank 1601 N. Lewis Ave. Waukegan, IL 60085 | | 11,670,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NorStates Bank 1601 N. Lewis Ave. Waukegan, IL 60085 | | 192,000.00 | NA | NA | 0.00 |
| | Norman Patula 6317 N. Milwaukee, #2D Chicago, IL 60646 | | 890.00 | NA | NA | 0.00 |
| | North Maine Utilities 1225 Waukegan Rd. Glenview, IL 60025 | | 0.00 | NA | NA | 0.00 |
| | Omega Design c/o Adam Mazur 4201 W. Irving Park Chicago, IL 60618 | | 925.00 | NA | NA | 0.00 |
| | Optimal Deli, Inc. Attn: Kathy 5155 W. Addison Chicago, IL 60641 | | 3,300.00 | NA | NA | 0.00 |
| | Padma Edla 5600 N. Western Chicago, IL 60659 | | 675.00 | NA | NA | 0.00 |
| | Pan American Bank 6232 N. Pulaski Chicago, IL 60646 | | 700,000.00 | NA | NA | 0.00 |
| | Pantheon Builders c/o Leon Zelechowski 111 W. Washington St., Suite 1051 Chicago, IL 60602 | | 35,357.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | People's Gas Chicago, IL 60687-0001 | | 0.00 | NA | NA | 0.00 |
| | Polly and Herbert Cole 5536 N. Artesian, 1st Floor Chicago, IL 60625 | | 1,050.00 | NA | NA | 0.00 |
| | Republic Bank 5700 North Central Ave. Chicago, IL 60646 | | 100,000.00 | NA | NA | 0.00 |
| | Richard S. Zachary 180 N. LaSalle St. Suite 1925 Chicago, IL 60601 | | 20,000.00 | NA | NA | 0.00 |
| | Richard Wolowicz 6508-10 W. Devon Chicago, IL 60631 | | 775.00 | NA | NA | 0.00 |
| | Robert Jackson 4201 W. Irving Park Chicago, IL 60618 | | 400.00 | NA | NA | 0.00 |
| | Robert Ostasz 1 N. Hamlin Unit 4 Park Ridge, IL 60068 | | 1,150.00 | NA | NA | 0.00 |
| | Roseanne's Beauty Shop Hilda Mendoza 3604 N. Pulaski Rd Chicago, IL 60641 | | 950.00 | NA | NA | 0.00 |
| | Sal Cannela 5680-86 Elston, #1F Chicago, IL 60646 | | 775.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sarah and Derek Kurysz 6508-10 W. Devon, Garden East Chicago, IL 60631 | | 825.00 | NA | NA | 0.00 |
| | Scanlon & Mathews LLP 332 S. Michigan Ave Chicago, IL 60604 | | 9,700.00 | NA | NA | 0.00 |
| | Sebastian Bulanda 3809 N. Harlem, #2C Chicago, IL 60634 | | 850.00 | NA | NA | 0.00 |
| | Sharon Dawkins 3312 Foster, Apt 2E Chicago, IL 60625 | | 775.00 | NA | NA | 0.00 |
| | Sheila Krawczyk 4201 W. Irving Park Chicago, IL 60618 | | 300.00 | NA | NA | 0.00 |
| | Solomon Blyakhman 1950 Parkside Park Ridge, IL 60068 | | 790.00 | NA | NA | 0.00 |
| | Thomas Jordan 5658 N. Central, 2nd Floor Chicago, IL 60646 | | 975.00 | NA | NA | 0.00 |
| | Velazquez & Family Muffler Mufflers for Less, Inc. 5703 N. Elston Chicago, IL 60646 | | 4,416.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Victoria Edwards 6317 N. Milwaukee, #2C Chicago, IL 60646 | | 625.00 | NA | NA | 0.00 |
| | Village of Lansing 3141 Ridge Road Lansing, IL 60438 | | 0.00 | NA | NA | 0.00 |
| | Village of Oak Park Utility Bill Account P.O. Box 94895 Chicago, IL 60690 | | 0.00 | NA | NA | 0.00 |
| | Wallace Davis c/o Al Hofeld 1525 E. 53rd St., Suite 903 Chicago, IL 60615 | | 0.00 | NA | NA | 0.00 |
| | Walter and Joyce Kuchar 6508-10 W. Devon Chicago, IL 60631 | | 875.00 | NA | NA | 0.00 |
| | Warren Lupel Lupel Weininger LLP 30 N. La Salle St., Suite 3520 Chicago, IL 60602 | | 200,000.00 | NA | NA | 0.00 |
| | Waste Management PO Box 4648 Carol Stream, IL 60197-4648 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | William Conlon 5680-86 Elston, #2A Chicago, IL 60646 | | 650.00 | NA | NA | 0.00 |
| | Wiselaw Babicz 20 S. Dee Rd., Unit 1D Park Ridge, IL 60068 | | 1,000.00 | NA | NA | 0.00 |
| | Won Lee 6317 N. Milwaukee, #2A Chicago, IL 60646 | | 890.00 | NA | NA | 0.00 |
| | Yolanda Blumenberg 5155 W. Addison Chicago, IL 60641 | | 800.00 | NA | NA | 0.00 |
| | Zena Benyamin 1 N. Hamli, Unit 2 Park Ridge, IL 60068 | | 590.00 | NA | NA | 0.00 |
| 000005 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 2,882.01 | 2,882.01 | 0.00 |
| 000009 | AMERICAUNITED BANK AND TRUST COMPAN | 7100-000 | NA | 4,100,000.00 | 4,100,000.00 | 0.00 |
| 000012 | BELONGIA, SHAPRIO & FRANKLIN LLP | 7100-000 | NA | 77,001.99 | 77,001.99 | 0.00 |
| 000002 | CHASE BANK USA, N.A. | 7100-000 | NA | 39,064.58 | 39,064.58 | 0.00 |
| 000004 | CITY OF CHICAGO | 7100-000 | NA | 36,242.87 | 36,242.87 | 0.00 |
| 000007 | DELTA TRADING COMPANY INC | 7100-000 | NA | 10,027,540.00 | 10,027,540.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | EDGEBROOK BANK | 7100-000 | NA | 2,699,347.99 | 2,699,347.99 | 0.00 |
| 000015 | FDIC - LEGAL DEPARTMENT | 7100-000 | NA | 100,000.00 | 100,000.00 | 0.00 |
| 000010 | FDIC AS RECEIVER FOR CITIZENS BANK | 7100-000 | NA | 4,662,072.00 | 4,662,072.00 | 0.00 |
| 000011 | FDIC AS RECEIVER FOR CITIZENS BANK | 7100-000 | NA | 200,000.00 | 200,000.00 | 0.00 |
| 000019 | FEDERAL DEPOSIT INSURANCE CORPORATI | 7100-000 | NA | 100,000.00 | 100,000.00 | 0.00 |
| 000017B | JOHN VADAPARAMIL | 7100-000 | NA | 58,559.90 | 58,559.90 | 0.00 |
| 000022 | MONTY TITLING TRUST 1, BY AND THROU | 7100-000 | NA | 2,894,421.59 | 2,894,421.59 | 0.00 |
| 000018 | NICHOLAS M. DURIC | 7100-000 | NA | 50,000.00 | 50,000.00 | 0.00 |
| 000003 | NICOR GAS | 7100-000 | NA | 1,384.09 | 1,384.09 | 0.00 |
| 000001 | PRA RECEIVABLES MANAGEMENT, LLC | 7100-000 | NA | 8,016.88 | 8,016.88 | 0.00 |
| 000006B | REPUBLIC BANK OF CHICAGO | 7100-000 | NA | 88,746.99 | 88,746.99 | 0.00 |
| 000021 | REPUBLIC BANK OF CHICAGO | 7100-000 | NA | 50,000.00 | 50,000.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | THE FIRST COMMERCIAL BANK | 7100-000 | NA | 1,964,102.73 | 1,964,102.73 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 36,760,856.84 | $ 27,159,383.62 | $ 27,159,383.62 | $ 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| | |
|---|---|
| Case No: | 10-43640   ABG   Judge: A. BENJAMIN GOLDGAR |
| Case Name: | MICHAEL, ROBERT C |
| For Period Ending: | 08/13/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 01/16/13 (c) |
| 341(a) Meeting Date: | 03/27/13 |
| Claims Bar Date: | 07/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on hand<br>Cash on hand | 400.00 | 0.00 | | 0.00 | FA |
| 2. Republic Bank Checking Account<br>Republic Bank Checking Account | 19.00 | 0.00 | | 0.00 | FA |
| 3. Household furnishings<br>Household furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Ordinary wearing apparel<br>Ordinary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 5. Colt Trooper handgun<br>Colt Trooper handgun | 200.00 | 0.00 | | 0.00 | FA |
| 6. FAA life insurance term policy, George Michael is<br>FAA life insurance term policy, George Michael is beneficiary | 0.00 | 0.00 | | 0.00 | FA |
| 7. Civil Service Retirement Pension - $2,700.00 per m<br>Civil Service Retirement Pension - $2,700.00 per month payment | Unknown | 0.00 | | 0.00 | FA |
| 8. Citizens Bank & Trust, employee 401k<br>Citizens Bank & Trust, employee 401k | Unknown | 0.00 | | 0.00 | FA |
| 9. Michael Realty & Associates, Inc. 50% ownership<br>Michael Realty & Associates, Inc. 50% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 10. R & G Properties - 50% ownership<br>R & G Properties - 50% ownership | Unknown | 0.00 | | 0.00 | FA |
| 11. Ararat Corp.<br>Ararat Corp. | Unknown | 0.00 | | 0.00 | FA |
| 12. Harlem-Grace Inc. d/b/a Jimmie G's North<br>Harlem-Grace Inc. d/b/a Jimmie G's North | Unknown | 0.00 | | 0.00 | FA |
| 13. Jefferson Title Company, Inc.<br>Jefferson Title Company, Inc. | 1,042.00 | 0.00 | | 0.00 | FA |

Page: 2

Exhibit 8

| Case No: | 10-43640   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MICHAEL, ROBERT C | Date Filed (f) or Converted (c): | 01/16/13 (c) |
| | | 341(a) Meeting Date: | 03/27/13 |
| | | Claims Bar Date: | 07/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Citizens Financial Corp.<br>Citizens Financial Corp. | 0.00 | 0.00 | | 0.00 | FA |
| 15. 300 W. Sibley LLC - 50% ownership interest<br>300 W. Sibley LLC - 50% ownership interest | Unknown | 0.00 | | 0.00 | FA |
| 16. Sweet Pea LLC - 50% ownership interest<br>Sweet Pea LLC - 50% ownership interest | Unknown | 0.00 | | 0.00 | FA |
| 17. Michael Realty LLC, Deleware Corporation 50%<br>Michael Realty LLC, Deleware Corporation 50% | Unknown | 0.00 | | 0.00 | FA |
| 18. 5401 W. Devon LLC - dissolved<br>5401 W. Devon LLC - dissolved | 0.00 | 0.00 | | 0.00 | FA |
| 19. Damage Claim against Village of Lake Bluff for dep<br>Damage Claim against Village of Lake Bluff for deprivation of rights and emotional distress. Michael v. Letchinger, et al., Northern District of Illinois Case No. 10 CV 03897. | Unknown | 0.00 | | 0.00 | FA |
| 20. Damage Claim against Village of Dolton, potential<br>Damage Claim against Village of Dolton, potential claim against Village for conspiracy to cause property to be forfeited by canceling liquor license, disallowing occupancy and use of the property, issuing wrongful stop work orders | Unknown | 0.00 | | 0.00 | FA |
| 21. Claim against Federal Deposit Insurance Corporatio<br>Claim against Federal Deposit Insurance Corporation for mailcious prosecution stemming from the closing of Citizens Bank and Trust | Unknown | 0.00 | | 0.00 | FA |
| 22. Claim against Americanunited Bank for fraud based<br>Claim against Americanunited Bank for fraud based on loan interest calculation | 0.00 | 0.00 | | 0.00 | FA |
| 23. joint claim with brother for moneys that were to b | 75,000.00 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    3

**Exhibit 8**

| Case No: | 10-43640    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MICHAEL, ROBERT C | Date Filed (f) or Converted (c): | 01/16/13 (c) |
| | | 341(a) Meeting Date: | 03/27/13 |
| | | Claims Bar Date: | 07/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| joint claim with brother for moneys that were to be paid to debtor from real estate transactions and rental payments from John Klytta and Anthony Klytta | | | | | |
| 24. Real estate brokers license<br>Real estate brokers license | 0.00 | 0.00 | | 0.00 | FA |
| 25. Liquor license - Harlem-Grace, Inc d/b/a Jimmie Gs<br>Liquor license - Harlem-Grace, Inc d/b/a Jimmie Gs North | 0.00 | 0.00 | | 0.00 | FA |
| 26. 1996 Chrysler Cirrus (impounded by City of Chicago)<br>1996 Chrysler Cirrus (impounded by City of Chicago) | 0.00 | 0.00 | | 0.00 | FA |
| 27. 1989 Sea Ray 34-ft boat<br>1989 Sea Ray 34-ft boat | 10,000.00 | 0.00 | | 0.00 | FA |
| 28. REAL ESTATE LOCATED 3600 N. LAKE SHORE DR. CHICAGO (u)<br><br>Property located at 3600 N. Lake Shore Drive, Unit #1915, Chicago, IL 60613 sold per court order entered May 7, 2014.  Property located at 3600 N. Lake Shore Drive, Unit # 1916, Chicago, IL 60613, Chicago, IL sold per court order entered May 7, 2014.  Property located at 3600 N. Lake Shore Drive, Unit #1914, Chicago, IL 60613 sold per court order entered November 25, 2015. | 0.00 | 175,000.00 | | 218,750.00 | FA |
| 29. 7431 N. HOYNE, CHICAGO, IL (u) | 0.00 | 30,000.00 | | 26,250.00 | FA |
| 30. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $88,161.00 | $205,000.00 | | $245,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:     4

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-43640   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MICHAEL, ROBERT C | Date Filed (f) or Converted (c): | 01/16/13 (c) |
| | | 341(a) Meeting Date: | 03/27/13 |
| | | Claims Bar Date: | 07/10/14 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TTRUSTEE SUBMITTED HIS TFR, NFR AND RELATED DOCUMENTS TO UST FOR APPROVAL - 1/8/2018.  TAX RETURNS FILED  TRUSTEE
PREPARING TFR, NFR AND RELATED DOCUMENTS - 10/30/17.  AWAITING TAX RETURNS; TFR TO FOLLOW - 6/27/17.
TRUSTEE IS WORKING WITH ACCOUNTANT TO FINALIZE TAX RETURNS - 1/11/17.  TRUSTEE TO EMPLOY ACCOUNTANT - 10/31/16. ALL OF
THE REAL ESTATE HAS BEEN SOLD AND THE TRUSTEE IS WORKING ON HIS TFR AND RELATED DOCUMENTS - 7/30/2016.
TRUSTEE JUST CLOSED ON FINAL PARCEL OF REAL ESTATE - 04/30/16.TRUSTEE WAITING TO CLOSE ON FINAL PROPERTY - Oct. 31,
2015. SAME - July 30, 2015. TRUSTEE STILL SELLING REAL ESTATE - April 25, 2015. SALE OF REAL ESTATE CONTINUES - Jan. 17,
2015.  TRUSTEE INVESTIGATING VALUE OF ASSETS FOR THIS CONVERTED CASE.  TRUSTEE WAITING TO SEE OUTCOME OF LITIGATION IN
BROTHERS RELATED CASE - January 22, 2014.  TRUSTEE IS EMPLOYING REAL ESTATE BROKER TO SELL REAL ESTATE - April 30, 2014.
TRUSTEE HAS FILED MOTIONS TO SELL VARIOUS PARCELS OF REAL ESTATE - July 17, 2014.  TRUSTEE SELLING MORE PROPERTY -
Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 04/30/15          Current Projected Date of Final Report (TFR): 02/28/18

FORM 2                                                                                                                Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-43640 -ABG |
| Case Name: | MICHAEL, ROBERT C |
| Taxpayer ID No: | *******7980 |
| For Period Ending: | 08/13/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5712  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/11/14 | 28 | CHICAGO TITLE & TRUST CO. | Sale of 3600 N. Lake Shore Dr #1915 | | 15,000.00 | | 15,000.00 |
| | | | Proceeds from sale of real estate | | | | |
| | | CHICAGO TITLE & TRUST CO. | Memo Amount:        100,000.00 | 1210-000 | | | |
| | | | Proceeds from sale of real estate | | | | |
| | | FIRST COMMERCIAL BANK | Memo Amount:     (     76,752.17 ) | 4110-000 | | | |
| | | | mortgage | | | | |
| | | MILLENNIUM PROPERTIES | Memo Amount:     (      5,500.00 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | | Memo Amount:     (      1,425.16 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | | Memo Amount:     (      1,322.67 ) | 2500-000 | | | |
| | | | Title charges & prorations | | | | |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.38 | 14,985.62 |
| 07/25/14 | 28 | CHICAGO TITLE & TRUST. CO. | Sale of 3600 N. Lake Shore Dr #1916 | | 6,937.50 | | 21,923.12 |
| | | | Proceeds from sale of real estate | | | | |
| | | CHICAGO TITLE & TRUST. CO. | Memo Amount:        46,250.00 | 1210-000 | | | |
| | | | Proceeds from sale of real estate | | | | |
| | | FIRST COMMERCIAL BANK | Memo Amount:     (     34,698.91 ) | 4110-000 | | | |
| | | | mortgage | | | | |
| | | MILLENNIUM PROPERTIES | Memo Amount:     (      2,312.50 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | | Memo Amount:     (        662.62 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | | Memo Amount:     (      1,638.47 ) | 2500-000 | | | |
| | | | Title charges & prorations | | | | |
| 08/04/14 | 300001 | RICHARD PATINKIN | Attorney for Trustee fees | 3210-600 | | 1,687.50 | 20,235.62 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.61 | 20,211.01 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.75 | 20,179.26 |

|  | | Page Subtotals | 21,937.50 | 1,758.24 |
|---|---|---|---|---|

Ver: 20.00j

FORM 2    Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-43640  -ABG |
| Case Name: | MICHAEL, ROBERT C |
| | |
| Taxpayer ID No: | *******7980 |
| For Period Ending: | 08/13/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5712  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.04 | 20,150.22 |
| 10/09/14 | 300002 | CLERK, US. BANKRUPTCY COURT | SALE MOTION FEE | 2700-000 | | 176.00 | 19,974.22 |
| 11/03/14 | 300003 | PATINKIN & PATINKIN, LTD. | Attorney fees per court order | 3210-600 | | 1,995.00 | 17,979.22 |
| 11/07/14 | 300004 | COHEN & KROL | Sale motion fee reimbursement | 2700-000 | | 176.00 | 17,803.22 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.82 | 17,773.40 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.60 | 17,746.80 |
| 12/11/14 | 300005 | JOSEPH E. COHEN, TRUSTEE | Trustee Fees | 2100-000 | | 9,573.17 | 8,173.63 |
| | | | Trustee Fees | | | | |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.20 | 8,156.43 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.13 | 8,144.30 |
| 02/27/15 | 300006 | Arthur B. Levine Company | Bond premium | 2300-000 | | 8.82 | 8,135.48 |
| | | 60 East 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, New York 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.94 | 8,124.54 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.08 | 8,112.46 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.67 | 8,100.79 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.04 | 8,088.75 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.64 | 8,077.11 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.01 | 8,065.10 |
| 08/31/15 | 29 | CHICAGO TITLE & TRUST CO. | Sale of 7431 N. Hoyne Unit G | | 3,937.50 | | 12,002.60 |
| | | | Proceeds from sale of real estate | | | | |
| | | CHICAGO TITLE & TRUST CO. | Memo Amount:         26,250.00 | 1210-000 | | | |
| | | | Proceeds from sale of real estate | | | | |
| | | | Proceeds from sale of real estate | | | | |
| | | MILLENIUM PROPERTIES | Memo Amount:      (     1,443.75 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | TAXES | Memo Amount:      (       685.68 ) | 2820-000 | | | |
| | | | TAXES | | | | |

| | | |
|---|---|---|
| Page Subtotals | 3,937.50 | 12,114.16 |

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 31)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-43640  -ABG |
| Case Name: | MICHAEL, ROBERT C |

| Taxpayer ID No: | *******7980 |
| For Period Ending: | 08/13/18 |

| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5712  Checking Account (Non-Interest Earn |

| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | WATERFALL OLYMPIC MASTER FUND | Memo Amount:      (      17,119.90 ) | 4110-000 | | | |
| | | MORTGAGE PAYOFF | | | | | |
| | | CHICAGO TRUST & TITLE CO. | Memo Amount:         1,750.00 ) | 2500-000 | | | |
| | | LAND TRUST FEES | | | | | |
| | | MISC. CLOSING COSTS | Memo Amount:      (      1,313.17 ) | 2500-000 | | | |
| | | | Misc. expenses | | | | |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.18 | 11,990.42 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.25 | 11,973.17 |
| 11/05/15 | 300007 | COHEN & KROL | REIMBURSEMENT OF SALE MOTION FEE | 2700-000 | | 176.00 | 11,797.17 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.80 | 11,779.37 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.99 | 11,762.38 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.49 | 11,744.89 |
| 01/15/16 | 28 | CHICAGO TITLE AND TRUST CO. | Proceeds 3600 LSD # 1914 | | 10,524.59 | | 22,269.48 |
| | | | Proceeds from sale of real estate | | | | |
| | | CHICAGO TITLE AND TRUST CO. | Memo Amount:        72,500.00 | 1210-000 | | | |
| | | | Proceeds from sale of real estate | | | | |
| | | WATERFALL OLYMPIC MASTER FUND | Memo Amount:      (      54,671.90 ) | 4110-000 | | | |
| | | | Payment of secured claim | | | | |
| | | MILENNIUL PROPERTIES | Memo Amount:      (      3,987.50 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | COUNTY OF COOK | Memo Amount:      (      1,375.64 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | TITLE CHARGES AND TRANSFER STAMPS | Memo Amount:      (      1,940.37 ) | 2500-000 | | | |
| | | | Title charges & prorations | | | | |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.04 | 22,243.44 |
| 02/16/16 | 300008 | ADAMS-LEVINE | Bond #10BSBGR6291 | 2300-000 | | 8.36 | 22,235.08 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY  10017 | | | | | |

| | Page Subtotals | 10,524.59 | 292.11 |
|---|---|---|---|

Ver: 20.00j

Page:    4

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-43640  -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MICHAEL, ROBERT C | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5712  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7980 | | |
| For Period Ending: | 08/13/18 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 30.93 | 22,204.15 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 33.01 | 22,171.14 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 31.90 | 22,139.24 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 32.91 | 22,106.33 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 31.81 | 22,074.52 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 32.82 | 22,041.70 |
| * 08/08/16 | 300009 | PATINKIN & PATINKIN 89 LINCOLNWOOD ROAD HIGHLAND PARK, IL  60035 | | | 3210-603 | | 4,596.25 | 17,445.45 |
| * 08/10/16 | 300009 | PATINKIN & PATINKIN 89 LINCOLNWOOD ROAD HIGHLAND PARK, IL  60035 | VOID amount of check incorrect | | 3210-603 | | -4,596.25 | 22,041.70 |
| 08/10/16 | 300010 | PATINKING & PATINKIN 89 LINCOLNWOOD ROAD HIGHLAND PARK, IL  60035 | | | | | 4,596.09 | 17,445.61 |
| | | | Fees | 4,544.09 | 3210-600 | | | |
| | | | Expenses | 52.00 | 3220-610 | | | |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 29.24 | 17,416.37 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 25.06 | 17,391.31 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 25.86 | 17,365.45 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 24.99 | 17,340.46 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 25.78 | 17,314.68 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 25.74 | 17,288.94 |
| 02/20/17 | 300011 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Ste 420 New Orleans, LA  70139 | BOND#016073584 | | 2300-000 | | 8.35 | 17,280.59 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 23.22 | 17,257.37 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 25.66 | 17,231.71 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 24.79 | 17,206.92 |

Page Subtotals          0.00          5,028.16

Ver: 20.00j

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   5

Exhibit 9

Case No:        10-43640 -ABG
Case Name:   MICHAEL, ROBERT C

Trustee Name:          JOSEPH E. COHEN
Bank Name:             ASSOCIATED BANK
Account Number / CD #:   *******5712  Checking Account (Non-Interest Earn

Taxpayer ID No:  *******7980
For Period Ending:  08/13/18

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.58 | 17,181.34 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.72 | 17,156.62 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.51 | 17,131.11 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.47 | 17,105.64 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.61 | 17,081.03 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.39 | 17,055.64 |
| 04/11/18 | 300012 | COOKE & LEWIS, LTD. 333 Skokie Blvd. Suite 104 Northbrook, IL 60062 | Accountant  for Trustee fees Accountant for Trustee fees | 3410-000 | | 1,993.75 | 15,061.89 |
| 04/11/18 | 300013 | COHEN & KROL 105 West Madison Street Chicago, IL 60602 | Attorney for Trustee fees | | | 3,072.31 | 11,989.58 |
| | | | Fees          2,734.32 | 3110-000 | | | |
| | | | Expenses        337.99 | 3120-000 | | | |
| 04/11/18 | 300014 | JOSEPH E. COHEN, Trustee 105 West Madison St., Chicago, IL 60602 | Trustee Fees Trustee Fees | 2100-000 | | 5,926.83 | 6,062.75 |
| 04/11/18 | 300015 | JOSEPH E. COHEN 105 West Madison St. Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,367.15 | 4,695.60 |
| 04/11/18 | 300016 | Office of the U.S. Trustee <B>(ADMINISTRATIVE)</B> 219 S. Dearborn St. Room 873 Chicago, IL 60606 | Claim 000016A, Payment 100.00000% | 2950-000 | | 2,645.60 | 2,050.00 |
| 04/11/18 | 300017 | John Vadaparampil c/o Joel A. Schechter 53 West Jackson Blvd, Suite 1522 | Claim 000017A, Payment 100.00000% | 5600-000 | | 1,300.00 | 750.00 |

Page Subtotals          0.00          16,456.92

Ver: 20.00j

FORM 2                                                                                                                    Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                            Exhibit 9

| Case No: | 10-43640  -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MICHAEL, ROBERT C | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5712  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7980 | | | |
| For Period Ending: | 08/13/18 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/11/18 | 300018 | Chicago, IL 60604<br>David Kalsch<br>5654 N. Central Ave., Apt. 1<br>Chicago, IL 60646 | Claim 000020, Payment 100.00000% | 5600-000 | | 750.00 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 245,000.00 | | COLUMN TOTALS | | 36,399.59 | 36,399.59 | 0.00 |
| Memo Allocation Disbursements: | 208,600.41 | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 36,399.59 | 36,399.59 | |
| Memo Allocation Net: | 36,399.59 | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 36,399.59 | 36,399.59 | |
| | | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 245,000.00 | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 208,600.41 | | Checking Account (Non-Interest Earn - *******5712 | | 36,399.59 | 36,399.59 | 0.00 |
| | | | | | ------------------- | ------------------- | ------------------- |
| Total Memo Allocation Net: | 36,399.59 | | | | 36,399.59 | 36,399.59 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                        0.00                 750.00

Ver: 20.00j

UST Form 101-7-TDR (10/1/2010) *(Page: 35)*